UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y
★ APR 2 7 2012 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA,

– against –

SHAWN PENDER,

Defendant.

ORDER

07-CR-874

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant's motion for resentencing is denied. *See* Letter of Melissa B. Marrus 1-2, United States v. Armstrong et al., No. 07-CR-874 (E.D.N.Y. Jan. 13, 2012), CM/ECF No. 615 (detailing analysis); Hr'g Tr. of Apr. 9, 2012. Neither defendant nor his counsel, appointed to represent him in connection with the instant motion, has been able to suggest any basis for resentencing. *See* Letter of Joel M. Stein, United States v. Armstrong et al., No. 07-CR-874 (E.D.N.Y. Mar. 27, 2012), CM/ECF No. 623. No reason supporting the imposition of a lesser sentence is, in any event, available.

A copy of this order shall be sent to defendant at his address of record.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: April 26, 2012
Brooklyn, New York

